# United States District Court

296                04 MARYLAND RECEIVED U.S. MARSHAL                08-303-M 01
                              BALTIMORE, MD
                                                                   01-2003M

UNITED STATES OF AMERICA
VS.                      2003 SEP 24 P 4: 25

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| P059777  MY93 | 06/27/01 |

DORSEY, CARLOS I

Filed as a Detainer in D.C. Jail

Defendant

OFFENSE  DUI/DWI

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

**FILED**
**MAY 06 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s)

- Collateral in the Amount of $ No rec.  may be Forfeited in Lieu of Appearance.

Date  9/17/03                          _____
                                        United States Magistrate Judge

---

### RETURN

| RECEIVED | Date | Location |
|---|---|---|
| | | |

EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.

| | Date | Location |
|---|---|---|
| | | |

Name  Robert C. Bynes    Title  DUSM    District  016
Date  6 May, 2008        Signature  _____

AO 238
(REV 8/93)

# UNITED STATES DEPARTMENT OF JUSTICE
## UNITED STATES MARSHALS SERVICE

**08-303-M 01**

01-2003M

DG MARYLAND

UNITED STATES OF AMERICA
VS.

DORSEY, CARLOS

*Defendant.*

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| P059777  MY93 | 06/27/01 |

Filed as a Detainer in D.C. Jail

OFFENSE: DUI/DWI

• **NOTICE BEFORE ARREST** •

Please be advised that the United States Marshals Service has received a warrant issued by a United States Magistrate Judge for your arrest, based upon the above charges.

Pursuant to law, it is the responsibility of the United States Marshals Service to execute the warrant and to arrest and present you before the United States Magistrate Judge. Accordingly, this is a final notice that collateral in the amount

of $ No rec. may be forfeited in lieu of your arrest by forwarding payment to the CLERK, U.S. DISTRICT COURT, in the enclosed self-addressed envelope.

If we have not received your remittance within ten (10) days from the date of this notice, you will be subject to arrest.

Your prompt attention to this matter would be appreciated.

Sincerely,

UNITED STATES MARSHAL

BY: _____
DEPUTY UNITED STATES MARSHAL

DATE OF NOTICE:
PHONE:

PLEASE BE SURE TO INCLUDE YOUR VIOLATION NOTICE NUMBER, DATE ISSUED AND REFERENCE TO PERSON FINE IS BEING PAID FOR IF OTHER THAN PAYER ON ALL CHECKS OR MONEY ORDERS

COPY II: U.S. MARSHALS SERVICE DISTRICT OFFICE SUSPENSE AND RECORD COPY

PROB 12
(Rev 7/89)

FILED
MAY 06 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
## for the
## DISTRICT OF MARYLAND

08-303-M 01

U S A. vs. Carlos Lesley Dorsey          Docket No.: 0:01-02003A

Petition on Probation

COMES NOW Toni Little PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **Carlos Lesley Dorsey** who was placed on supervision for **Possession of CDS - Crack, in violation of 36: CFR 2.35 and Possession of Loaded Weapon in Vehicle, in violation of 36: CFR 2.4(b)** by the Honorable **Thomas M. DiGirolamo, U.S. Magistrate Judge**, sitting in the court at **Greenbelt, Maryland**, on the 17th day of **April, 2002** who fixed the period of supervision at **36 months**, and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows:

1. The defendant is instructed to pay a Special Assessment in the amount of $20.00.
2. The defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.
3. The defendant shall satisfactorily participate in a mental health treatment program approved by the probation officer, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.
4. The defendant shall reside at and satisfactorily participate in the program of a community corrections facility, half-way house, or similar facility as directed by the Bureau of Prisons, for a period of four (4) months.
5. The defendant shall satisfactorily participate in a vocational or educational program as directed by the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here if lengthy write on separate sheet and attach)

Continues on following page

PRAYING THAT THE COURT WILL ORDER that a hearing be held requiring Carlos Lesley Dorsey to appear before this court to show cause why his supervision should not be revoked.

ORDER OF COURT
Considered and ordered as prayed this 17th day of July, 2003 and ordered filed and made a part of the records in the above case

_____
Thomas M. DiGirolamo
U.S Magistrate Judge

Respectfully,

_____
Toni Little, U.S Probation Officer

Place Greenbelt, Maryland

Date July 11, 2003

PROB 12 continued
DORSEY, Carlos Lesley
Docket Number 0.01-02003A
Page Number 2

WHEREAS: Mr Dorsey Has failed to comply with the community confinement aspect of supervision. *He entered the Community Correction Center at Hope Village on August 29, 2002. He was to serve four (4) moths, but was terminated from the facility on November 21, 2002* after he returned late from job search appointments. It is also noted that the offender had a detectable amount of alcohol on his breath. Breathalyzer tests were administered and the readings were .043 and .061 respectively. Enclosed, please find a copy of the Final Progress Report from Hope Village. **This is in violation of the Additional Condition which states "The defendant shall reside at and satisfactorily participate in the program of a community corrections facility, halfway house, or similar facility as directed by the Bureau of Prisons, for a period of four (4) months."**

WHEREAS: *Mr. Dorsey has failed to refrain from the use of drugs. He tested positive for Marijuana on the dates indicated: June 27, 2002; July 2, 2002; July 23, 2002 and August 23, 2002.* Enclosed, please find copies of the Chain of Custody Forms and the corresponding laboratory reports. **This is in violation of the Statutory Condition which states that "The defendant shall refrain from any unlawful use of a controlled substance."**

WHEREAS: *Mr. Dorsey has failed to maintain contact with the U.S. Probation Office as directed. He has specifically failed to submit written monthly reports for the months of February 2003 through June 2003.* **This is in violation of Standard Condition #2 which states that "The defendant shall report to the probation officer as directed and submit a written report each month."**

WHEREAS: *Mr. Dorsey has failed to dispose of his financial obligations.* On June 27, 2002, he was reminded of this obligation and was given payment coupons to use when making payment. The special assessment remains unpaid. **This is in violation of the Additional Condition which states "The defendant is instructed to pay a Special Assessment in the amount of $20."**